DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re: ) Chapter 13
)
ROBERT WALL ) Case No. 04-57431 CN
)
DAWN WALL ) **NOTICE OF UNCLAIMED DIVIDEND**
)
         Debtors )
)

The final dividend to Creditor, CINGULAR WIRELESS in the above entitled matter was returned marked: RETN TO SENDER-NOT DELIVERABLE AS ADDRESSED

It appearing to the Court that a reasonable effort was made to locate the Creditor, and good cause appearing therefore,

IT IS REQUESTED that DEVIN DERHAM-BURK herein forthwith pay over to the Clerk of the above entitled Court, the sum of $34.31 as an unclaimed dividend.

    Claim # 13    CINGULAR WIRELESS
                     BANKO
                     P O BOX 309
                     PORTLAND, OR 97207-0309

Dated: February 18, 2011            *Alexandria DeLaRue for*
                                            DEVIN DERHAM-BURK, TRUSTEE

**ORIGINAL**

RECEIVED FEB 22 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

**FILED**
FEB 22 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

**CHAPTER 13 TRUSTEE**
P.O. BOX 50013
SAN JOSE, CA 95150-0013

**RECEIVED**
AUG 19 2010
DEVIN DERHAM-BURK
TRUSTEE CHAPTER 13

UNITED STATES POSTAGE
$00.44
AUG 11 2010
MAILED FROM ZIPCODE 95032
02 1M
0004264685

TO THE ORDER OF:
CINGULAR WIRELESS
BANKO
P O BOX 309
PORTLAND OR 97207-0309

NIXIE 970 5E 1 00 08/15/10
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 95150001313 *1756-12935-11-44